IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jermorrow Jerry Hendrix,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>Defendants. | No. CV-24-01366-PHX-KML<br><br>**ORDER** |

On May 8, 2025, Magistrate Judge Eileen S. Willett issued a Report and Recommendation ("R&R") recommending this case be dismissed without prejudice based on plaintiff's failure to prosecute. Plaintiff did not file any objections. Absent objections, the court need not review the R&R's conclusions. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.").

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 20) is **ADOPTED**. The Clerk of Court shall enter a judgment of dismissal without prejudice and close this case.

Dated this 12th day of June, 2025.

Honorable Krissa M. Lanham
United States District Judge